Matter of Manning v Ramgopal (2025 NY Slip Op 05031)

Matter of Manning v Ramgopal

2025 NY Slip Op 05031

Decided on September 19, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 19, 2025

Before: Kern, J.P., Friedman, Kapnick, Gesmer, Rodriguez, JJ. 

Index No. 158380/25|Appeal No. 4918|Case No. 2025-04899|

[*1]In the Matter of James L. Manning, et al., Petitioners-Candidates-Appellants,
v
Rusat Ramgopal, et al., Respondents-Objectors-Respondents, The Board of Elections in the City of New York, Respondent-Board-Respondent.

James L. Manning, appellant pro se.
Daniel Maio, appellant pro se.

Judgment, Supreme Court, New York County (Jeffrey H. Pearlman, J.), entered on or about July 30, 2025, unanimously affirmed for the reasons stated by Jeffrey H. Pearlman, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 19, 2025